**FILED**
CLERK, U.S. DISTRICT COURT

08/20/2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____AP_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:25-cr-00278-CV |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms] |
| JAMES JEROME BONNER, JR., | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about August 6, 2025, in Riverside County, within the Central District of California, defendant JAMES JEROME BONNER, JR., knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1.   A Ruger, Model Mark II Target, .22 LR caliber pistol, bearing serial number 213093871; and

2.   A Glock, Model 19 9mm pistol, bearing serial number BFNZ660.

Defendant BONNER possessed such firearms knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Carry a Loaded Handgun, in violation of California Penal Code Section 25850(c)(6), in the Superior Court of the State of California, County of Riverside, case number RIF1703128-2, on or about April 23, 2018;

2.    Accessory to Murder, in violation of California Penal Code Section 32, in the Superior Court of the State of California, County of Riverside, case number RIF1905231-5, on or about February 25, 2022; and

3.    Conspiracy to Commit Robbery, in violation of California Penal Code Section 182(a)(1), in the Superior Court of the State of California, County of Riverside, case number RIF2000224-4, on or about February 25, 2022.

                              A TRUE BILL

                              /S/
                              _____
                              Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Office